IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAR 23 2017

Clerk, U S District Court
District Of Montana
Billings

KENNETH DEPUTEE, SR.,

Plaintiff,

vs.

LODGE GRASS PUBLIC SCHOOLS,
DISTRICTS 2 & 27,

Defendant.

CV 15-82-BLG-SPW

ORDER

Upon the Defendant's Unopposed Motion to Redact Document (Doc. 28), requesting to substitute a redacted page for an unredacted page which was inadvertently filed as part of an exhibit in support of Defendant's Motion for Summary Judgment, and for good cause being shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. The document in question is page 2 of Document 26-2, also marked as Exhibit 12.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23rd day of March, 2017.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge