FILED

AUG 3 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KENNETH DEPUTEE, SR., <br><br> Plaintiff, <br><br> vs. <br><br> LODGE GRASS PUBLIC SCHOOLS, DISTRICTS 2 & 27, <br><br> Defendant. | CV 15-82-BLG-SPW <br><br> ORDER |

Upon the parties' Stipulation and Joint Motion for Dismissal with Prejudice (Doc. 41), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own expenses, costs and attorneys' fees.

DATED this 31st day of August, 2017.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1